**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Imran Ahmed MIR, Defendant–Appellant.**

**No. 14–10010.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2015.[*]

Filed Oct. 21, 2015.

Jason Hitt, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Krista Hart, Law Offices of Krista Hart, Sacramento, CA, for Defendant–Appellant.

Before: SILVERMAN, BERZON, and WATFORD, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

### MEMORANDUM [**]

Imran Ahmed Mir appeals from the district court's judgment and challenges the 108–month sentence imposed following his guilty-plea conviction for distribution of cocaine, methamphetamine, and heroin, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mir contends that the district court erred by determining that sentencing entrapment is not a legal basis for an objection to a presentence report. The record belies Mir's contention that the court made this determination. Moreover, contrary to Mir's contention, the district court met its procedural obligations when it considered and rejected Mir's objections to the presentence report. *See* Fed.R.Crim.P. 32(i)(3)(B).

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

